U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

OCT 0 5 2011

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE OPELOUSAS DIVISION

| | |
|---|---|
| ADAM FRANK<br>DOC # 213548 | CIVIL ACTION NO. 09-1184 |
| VERSUS | JUDGE HAIK - Sec P |
| WARDEN BURL CAIN | MAGISTRATE JUDGE HANNA |

## JUDGMENT

Adam Frank's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Rec. Doc. 1) was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

It is therefore **ORDERED** that Adam Frank's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody (Rec. Doc. 1) is **DENIED AND DISMISSED WITH PREJUDICE.**

Signed this ____ day of _____, 2011 in Lafayette, Louisiana.

_____
DISTRICT JUDGE RICHARD T. HAIK, SR.